**J. A. TELLIER, Guardian of Jake Rasskind, Incompetent, Appellant, v. FRANKS LAUNDRY COMPANY, Debtor, etc.**

No. 11624.

Circuit Court of Appeals, Eighth Circuit.

Feb. 26, 1940.

J. A. Tellier, of Little Rock, Ark., for appellant.

E. C. Eichenbaum, of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellee, pursuant to stipulation of parties.

**UNITED STATES of America, Plaintiff-Appellee, v. Irving HALPER, Defendant-Appellant.**

No. 261.

Circuit Court of Appeals, Second Circuit.

March 18, 1940.

J. Arthur Adler and I. Maurice Wormser, both of New York City, for appellant.

Harold M. Kennedy, U. S. Atty., of Brooklyn, N. Y. (Vine H. Smith, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for appellee.

Before SWAN, CLARK, and PATTERSON, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**UNITED STATES of America v. Mrs. Elise A. WATKINS et al.**

No. 9449.

Circuit Court of Appeals, Ninth Circuit.

Feb. 15, 1940.

Ben Harrison, U. S. Atty., and E. H. Mitchell, and Armond Monroe Jewell, Asst. U. S. Attys., all of Los Angeles, Cal., for appellant.

Melvin D. Wilson, of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal in above cause dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause be issued forthwith.

**Willis N. VANATTA, Trading Under the firm name and style of Vanatta Manufacturing Co., v. THE PHILAD COMPANY.**

No. 9394.

Circuit Court of Appeals, Ninth Circuit.

Feb. 23, 1940.

Lyon & Lyon, of Los Angeles, Cal., Morris Kirschstein, of New York City, and R. E. Caughey, of Los Angeles, Cal., for Philad Co.

John Flam, of Los Angeles, Cal., for Willis N. Vanatta.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal, D.C., 28 F.Supp. 539, and cross-appeal herein dismissed, each party bearing his own costs of appeal, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.